# REQUEST TO INSPECT OR COPY JUDICIAL RECORDS

You may send this form by Fax: 208-287-6919, Email: criminalrecordsrequest@adacounty.id.gov (or) Mail/In-Person:
Ada County Court Clerk's Office - Attn: Criminal Records Desk, 200 W. Front St., Boise, ID 83702

Date Requested: ___ 07/02/26 ___   Clerk Taking Request: _____

| Case # or Incident/Arrest Date | Defendant/Party Name(s) |
|---|---|
| 1. CR01-25-29721 | Harms (63356-2025 |
| 2. CR01-25-35449 | Harms (53354-2025) |
| 3. CR01-25-29731 | Harms (53354-2025) |
| 4. | |
| 5. | R E C r |

Requestor Name: _Stewart Wilder_  w/ _____

Email: _StewartWilder_ @ _gmail_ . _com_  Phone: _____

Preferred Method of Contact: ☑ Email   ☐ Phone

**JUL 0 2 2026**

**Ada County Clerk**

## PARTY WILL BE NOTIFIED WITHIN 3 WORKING DAYS OF ACTION BEING TAKEN, CLERK'S OFFICE WILL ATTEMPT TO LOCATE THE FILE WITHIN 10 WORKING DAYS.

I would like to:

☐ View the File(s) OR

☑ Get Copies of (specify documents needed): _All documents of any sort
that relate to or are included in the discovery or
other proceedings related to, in any way, the aforementioned
Case #'s CR01-25-29721 or CR01-25-35449_

I would like my copies to be: ☑ Certified   ☐ Non-Certified

*Request sheet must be signed when file is viewed*          **Please sign at time of viewing**

Party viewing file: ___[signature]___                     07/02/26
        Signature of Viewer                              Date Viewed

Clerk's Office Use Only * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

Location:   ☐ Odyssey   ☐ Laserfiche   ☐ Film ☐ RRC _____

..................................................................................

Contacts:

1. Date: ___ Time: __:__ Clerk: _____ Called/Message/Email _____  **U.S. COURTS**

2. Date: ___ Time: __:__ Clerk: _____ Called/Message/Email _____  JUL 0 2 2026

..................................................................................

☐ **Entered on Online Public Record Request Portal**      Rcvd_____Filed_____Time_____
                                                           STEPHEN W. KENYON
Initial/Date completed: _____ **Notes:** _____          CLERK, DISTRICT OF IDAHO

### * * * * FILES WILL BE HELD FOR 10 BUSINESS DAYS ONLY * * * *